# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CLARK, | ) NO. CV 11-9985 PA (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| TERRY GONZALES, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 22, 2012.

　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE